IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JUDY A. ARBOGAST,**
    **Plaintiff,**

*vs*.               **CASE NO. 3:07CV28**
                 **(Judge Maxwell)**

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

## ORDER

  The Plaintiff in the above-styled Disability Insurance Benefits and/or Supplemental Security Income benefits review action seeks leave to permit counsel of record, Brock M. Malcolm, to withdraw as counsel in the above-styled action and to substitute Travis M. Miller of Bailey, Stultz, Oldaker & Greene PLLC as counsel of record in the above-styled action, pursuant to LR Gen P 83.03.

  Upon examination of Plaintiff's Motion and in reliance upon the representations made therein, it is hereby **ORDERED** that Brock M. Malcolm be permitted to withdraw as counsel of record in the above-styled action and to substitute Travis M. Miller of Bailey, Stultz, Oldaker & Greene PLLC as counsel of record in the above-styled action.

  The Clerk of the Court is directed to send a copy of this Order to counsel of record.

  DATED: This 13th day of November, 2007.

                  /s *John S. Kaull*
                  JOHN S. KAULL
                  UNITED STATES MAGISTRATE JUDGE